| | |
|---|---|
| | **FILED** |
| | July 12, 2012 |
| | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                 )    CASE NUMBER: 2:12-cr-00250-KJM
         Plaintiff,        )
v.                                    )    ORDER FOR RELEASE
                                  )    OF PERSON IN CUSTODY
KRISTIN CALDWELL,      )
                                  )
         Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kristin Caldwell</u>; Case <u>2:12-cr-00250-KJM</u>

from custody and for the following reasons:

           \_\_\_     Release on Personal Recognizance

           \_\_\_     Bail Posted in the Sum of _____

           _X_     Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed

                      by defendant's father

           \_\_\_     Appearance Bond with 10% Deposit

           \_\_\_     Appearance Bond secured by Real Property

           \_\_\_     Corporate Surety Bail Bond

           _X_     (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>7/13/2012</u> at <u>2:30</u>.

By _____
Kendall J. Newman
United States Magistrate Judge