KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for KRISTIN M. CALDWELL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 12-CR-00250 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION REGARDING |
| | ) | PRETRIAL RELEASE |
| v. | ) | SUPERVISION; |
| | ) | FINDINGS AND |
| | ) | ORDER |
| KRISTIN M CALDWELL | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that Kristin Caldwell be released from all conditions of pretrial services, including pretrial release supervision.  However, the unsecured $50,000 bond shall remain in full force and effect, and her passport shall remain in the custody of the clerk of the court.  This recommendation is being made due to Ms. Caldwell's diligent compliance with pretrial supervision.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 13, 2014 | Respectfully submitted, |
| | /s/ Kelly Babineau<br>KELLY BABINEAU<br>Attorney for Kristin Caldwell |
| Dated: June 13, 2014 | /s/ Matthew Morris<br>Kelly Babineau for:<br>MATTHEW MORRIS<br>Assistant U.S. Attorney |
| Dated: June 13, 2014 | /s/ Amaryliss Gonzalez<br>Kelly Babineau for:<br>AMARYLISS GONZALEZ<br>U.S. Pretrial Release Officer |

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: June 17, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE